**SEALED**

FILED
Apr 25, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE TRACKING OF A 2018 WHITE DODGE RAM WITH CALIFORNIA LICENSE PLATE NUMBER CA 65664G3, VIN# 3C63R2AL5JG199283. | CASE NO. 1:22-sw-00217-EPG<br><br>SEALING ORDER<br><br>**FILED UNDER SEAL** |

For good cause shown, IT IS HEREBY ORDERED THAT:

The Application for Tracking Warrant and Tracking Warrant in the above-captioned case be kept under seal until further order of the court. The court finds that: (1) closure serves a compelling interest in protecting the integrity of investigations into criminal activity and the identity of individuals who assist law enforcement in investigations; (2) there is a substantial probability that, in the absence of closure, this compelling interest would be harmed; and (3) there are no alternatives to closure that would adequately protect the compelling interest.

Date: **Apr 24, 2022**

HON. ERICA P. GROSJEAN
United States Magistrate Judge